**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Barrington Wayne Grant, Appellant.

Appellate Case No. 2018-000134

———————

Appeal From Allendale County and Barnwell County
William P. Keesley, Circuit Court Judge

———————

Unpublished Opinion No. 2020-UP-059
Submitted January 1, 2020 – Filed March 4, 2020

———————

**APPEAL DISMISSED**

———————

Appellate Defender Victor R. Seeger, of Columbia; and
Barrington Wayne Grant, pro se, for Appellant.

Matthew C. Buchanan, of South Carolina Probation,
Parole and Pardon Services, of Columbia, for
Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.